```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JOSE QUEZADA, on behalf of himself and                       :
others similarly situated,                                   :
                                                             :
                                    Plaintiff,               :   21 Civ. 2150 (LGS)
                                                             :
                    -against-                                :   ORDER
                                                             :
ERGOGENESIS WORKPLACE SOLUTIONS,                             :
LLC.,                                                        :
                                                             :
                                    Defendant.               :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pre-trial conference in this matter is scheduled for May 13, 2021, at 11:00 a.m.

WHEREAS, pursuant to the Individual Rules, the parties were required to file a joint letter and proposed case management plan on May 6, 2021. The parties did not file the joint letter and proposed case management plan. It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **noon on May 10, 2021**. If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with Defendant, as soon as possible and no later than **noon on May 10, 2021**, Plaintiff shall file a letter (i) summarizing his efforts to contact Defendant and (ii) requesting adjournment of the initial pretrial conference.

Dated: May 7, 2021
       New York, New York

_____
       **LORNA G. SCHOFIELD**
       **UNITED STATES DISTRICT JUDGE**